# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re: | BRIO SYSTEMS, INC._____, | ) | |
| | Debtor | ) | |
| | | ) | Case No.: 23-10676 (JKS) |
| | ALFRED T. GIUANO, solely in his | ) | |
| | capacity as Chapter 7 Trustee of | ) | |
| | BRIO SYSTEMS, INC._____, | ) | |
| | Plaintiff | ) | Chapter: 7 |
| | v. | ) | |
| | | ) | |
| | NILLIAM LOGISTICS FULFILLMENT___, | ) | Adv. Proc. No.: 25-50957-JKS |
| | Defendant | | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | 824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Doug Leney, Esquire<br>ARCHER & GREINER, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>215-246-3151 (Ext. 5151)<br>dleney@archerlaw.com<br>-and-<br>Natasha M. Songonuga, Esquire<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>(302) 777-4350<br>nsongonuga@archerlaw.com |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>824 Market Street, 5th Floor, Courtroom #6<br>Wilmington, DE 19801 | Date and Time:<br>July 29, 2025 at 10:00 a.m. (ET) |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

Date: May 21, 2025

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

230518248 v1