# CERTIFICATE OF SERVICE

I,     Amy M. Huber    , certify that I am, and at all times during the service of process was,
        (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons, Notice of Dispute Resolution Alternatives, and a copy of the Complaint was made   May 22, 2025   by:
        (date)

    ✓   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

        Nilliam Logistics Fulfillment
        Attn: Officer or General Counsel
        2117 Corporate Drive
        Boynton Beach, FL 33426

    ☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

    ☐   Residence Service: By leaving the process with the following adult at:

    ☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐   Publication: The defendant was served as follows: [Describe briefly]

    ☐   State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

May 22, 2025                                                 /s/ Amy M. Huber
Date                                                                   Signature

> Print Name: Amy M. Huber, Bankruptcy Paralegal
> Business Address: Archer & Greiner, P.C., Three Logan Square, 1717 Arch Street, Suite 3500
> City: Philadelphia             State: PA             Zip: 19103